IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,,

    Plaintiff,

  v.

Case No. 17-cv-94-slc

SANDRA HEISER, PETER STIEFVATER,
KELLY SALINAS, WAYNE OLSON,
RICHARD SCHNEITER AND QUALA CHAMPAGNE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |